# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                          )
                                )    CASE NO. 17 B 01165
   Alicia Smith-Anderson,       )    HON. DONALD R. CASSLING
                                )    CHAPTER 13
DEBTOR.                         )

## NOTICE OF MOTION

TO:    Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, STE 3850, Chicago, IL 60603;

      See attached Service List.

      Please take notice that on April 26, 2018, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling in Courtroom 619 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion to modify plan and you may appear if you so choose.

## PROOF OF SERVICE

      The undersigned, an attorney, certifies that he sent this notice and the attached motion on April 19, 2018, to:

      The Chapter 13 Trustee listed above via electronic notice; and

To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

                                          /s/ Anthony Kudron
                                          Attorney for Debtor

                                          The Semrad Law Firm, LLC
                                          20 S. Clark Street, 28th Floor
                                          Chicago, IL 60603
                                          (312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-01165<br>Northern District of Illinois<br>Chicago<br>Thu Apr 19 13:22:17 CDT 2018 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AMERICA'S FI<br>2 W. MADISON ST. SUITE 200<br>OAK PARK, IL 60302-4204 |
| ASSOCIATED BANK<br>200 N ADAMS ST<br>GREEN BAY, WI 54301-5174 | AT&T Corp<br>% AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | AT&t<br>Po Box 5014<br>Carol Stream, IL 60197-5014 |
| AmeriCash Loans, L.L.C.<br>P.O. Box 184<br>Des Plaines, IL 60016-0003 | Americas Financial Choice<br>2 W Madison St<br>2nd Floor<br>Oak Park IL 60302-4204 | Americash - Bankruptcy<br>Mkt Square Shop Ctr 180 S Bolingbrook Dr<br>Bolingbrook, IL 60440-2852 |
| Arnold Scott Harris<br>111 W. Jackson # 600<br>Chicago, IL 60604-3517 | Brandon S. Lefkowitz<br>24100 Southfield Road<br>Suite 203<br>Southfield, MI 48075-2851 | CAPITAL ACCT<br>P.O. Box 14006<br>Nashville, TN 37214 |
| CRD PRT ASSO<br>13355  NOEL ROAD#<br>DALLAS, TX 75240-6837 | CREDIT COLLECTION SERV<br>725 Canton St<br>Norwood, MA 02062-2679 | City of Chicago Department of Revenue<br>121 North LaSalle Street<br>Chicago, IL 60602-1252 |
| City of Chicago Parking<br>121 N. LaSalle St # 107A<br>Chicago, IL 60602-1232 | (p)COMED<br>1919 SWIFT DR<br>OAKBROOK IL 60523-1502 | Comcast<br>p.o. box 196<br>Newark, NJ 07101-0196 |
| Commonwealth Edison Company<br>Attn: Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523-1502 | ENHANCED RECOVERY<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | Guarantee Bank<br>12150 S Pulaski Rd<br>Alsip, IL 60803-1224 |
| HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 | Illinois Title Loan<br>8700 S Ashland Ave<br>Chicago, IL 60620-4831 | JPMORGAN CHASE BANK<br>2000 MARCUS AVENUE<br>NEW HYDE PARK, NY 11042-1069 |
| LOAN EXPRESS<br>180 W Washington Ste 300<br>Chicago, IL 60602-2321 | LVNV Funding, LLC as assignee of<br>Arrow Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | PEOPLES ENERGY<br>200 EAST RANDOLPH<br>CHICAGO, IL 60601-6302 |
| PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 | PLS - Bankruptcy<br>8026 S Cicero Ave<br>Burbank, IL 60459-1508 | Polk, Kenneth<br>1019 N Harding Ave<br>Chicago, IL 60651-3734 |

| | | |
|---|---|---|
| Social Security Admin<br>77 West Jackson Blvd 3rd Floor<br>Chicago, IL 60604-3605 | TCF<br>1405 XENIUM LN N STE 180<br>Minneapolis, MN 55441-4406 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | US Attorney General<br>219 S. Dearborn St., 5th Floor<br>Chicago, IL 60604-2029 | Wheels of Chicago<br>6229 N Western Ave<br>Chicago, IL 60659-2817 |
| Alicia Smith-Anderson<br>650 East Azure Ave<br>Apt 2057<br>North Las Vegas, NV 89081-6876 | Elizabeth Placek<br>The Semrad Law Firm, LLC<br>20 S. Clark<br>28th Floor<br>Chicago, IL 60603-1811 | Michael A Miller<br>The Semrad Law Firm, LLC<br>20 S. Clark, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ComEd<br>3 Lincokln Cetre<br>c/o Sabrina Copelan<br>Villa Park, IL 60181 | TMobile<br>P.O. Box 742596<br>Cincinnati, OH 45274 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     0<br>Total                  40 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 17 B 01165 |
| Alicia Smith-Anderson, | ) | HON. DONALD R. CASSLING |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**MOTION TO OBTAIN CREDIT / INCUR DEBT AND SHORTEN NOTICE**

NOW COMES the Debtor, by and through Debtor's counsel, The Semrad Law Firm, LLC, and moves this Honorable Court for the entry of an Order authorizing the Debtor to obtain additional financing for the purchase of a vehicle. In support thereof the Debtor states as follows:

1. On January 16, 2017, the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed Debtor's Chapter 13 Plan on March 23, 2017.

3. The modified Chapter 13 Plan states secured creditors are to be paid 100% of their allowed claims, and general unsecured creditors are to be paid 10.82% of their allowed claims.

4. That the confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $150.00 on a monthly basis for a term of 36 months.

5. Debtor does not currently have a vehicle. Debtor needs reliable transportation to get to work.

6. Debtor wishes to purchase a used 2015 Kia Optima and will need to finance $12,090.50 in order to do so. Debtor's projected vehicle payment will be $258.00 on a monthly basis for a term of 72 months at an interest rate of 15.27%. Please see attached Exhibit A for a copy of the bill of sale. Please see attached Exhibit B

for Debtor's Amended Schedules I and J.

7. Debtor respectfully requests this Honorable Court enter an Order permitting the Debtor to obtain credit / incur debt for the purchase of a vehicle.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order permitting the Debtor to finance a vehicle, and incur additional financing for approximately $12,090.50 with monthly payments of approximately $258.00 for a term of 72 months, at an interest rate of 15.27%; and

B. For any and all other relief this Court deems fair and proper.

Respectfully submitted,

/s/ *Anthony Kudron*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625